IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:19-cv-00092-D

| | |
|---|---|
| LASONYA BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANDREW M. SAUL, | ) |
| Acting Commissioner, | ) |
| of Social Security | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the power of this Court to remand the case to the Commissioner for further action prior to answer by the Commissioner, and in light of her request to remand this action due to inaudible portions of a hearing recording, this Court hereby remands the cause to the Commissioner to allow for a de novo hearing. Upon the completion of a new hearing and issuance of a new decision, the Commissioner is directed to provide notice to this Court of its readiness to proceed.

Judgment does not enter at this time.

SO ORDERED. This __1__ day of August, 2019.

                                                    JAMES C. DEVER III
                                                    United States District Judge