UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LASONYA BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:19-CV-92-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 22], DENIES defendant's motion for judgment on the pleadings [D.E. 27], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on July 28, 2022, and Copies To:**
Vaughn Stephen Clauson                          (via CM/ECF electronic notification)
Christian M. Vainieri                           (via CM/ECF electronic notification)


DATE:                          PETER A. MOORE, JR., CLERK
July 28, 2022              (By) /s/ Nicole Sellers
                                   Deputy Clerk