IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:19-cv-00092-D

| | |
|---|---|
| LASONYA BELL, <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | )     O R D E R <br> ) |
| LELAND DUDEK, <br> Acting Commissioner of SSA, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b) in the amount of $17,872.44. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,595.00.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $17,872.44, and refund to Plaintiff the smaller award between this amount and the EAJA award.

SO ORDERED. This 6 day of March, 2025.

JAMES C. DEVER III
United States District Judge