UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LASONYA BELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 7:19-CV-92-D** |
| LELAND C. DUDEK, | ) |
| Acting Commissioner of Social Security, | ) ) |
| Defendant. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $17,872.44, and refund to Plaintiff the smaller award between this amount and the EAJA award.

This Judgment filed and entered on March 6, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

March 6, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk